## BOARD OF COM'RS OF TULSA COUNTY v. BRECKINRIDGE.

No. 3526.   Opinion Filed May 12, 1914.

(140 Pac. 1147.)

APPEAL AND ERROR—Briefs—Filing—Time.   Where plaintiff in error does not file brief within the time allowed by rule 7 of this court (38 Okla. vi, 137 Pac. ix), nor before case is due to be taken on submission, the appeal will be treated as abandoned and dismissed.

(Syllabus by Thacker, C.)

*Error from District Court, Tulsa County;*
*L. M. Poe, Judge.*

Action by M. A. Breckinridge against the Board of County Commissioners of Tulsa County, Okla., on salary claim.   Judgment for plaintiff, and defendant brings error.   Appeal dismissed.

*Hainer, Martin, Bush & Murry,* for plaintiff in error.

Opinion by THACKER, C.   On January 19, 1912, the case-made was filed in this court; on January 13, 1914, this case was due to be taken on submission; but the plaintiff in error has wholly failed to file briefs as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and has thus abandoned the appeal.   See *Wallingford v. Wood et al.,* 41 Okla. 572, 139 Pac. 252; *Howard Mer. Co. et al. v. Squires, County Judge, et al.,* 41 Okla. 580, 139 Pac. 253; *Clinton & O. W. Ry. Co. v. Kansas City, M. & O. Ry. Co.,* 39 Okla. 141, 134 Pac. 422.

We are therefore of the opinion that the case should be treated as abandoned and dismissed.   Dismissed.

By the Court:   It is so ordered.